STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JAMES A. BOWMAN (Cal. Bar No. 220227)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2213
     Facsimile: (213) 894-6269
     E-mail:    james.bowman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 12-00195-MMM |
|---|---|
| Plaintiff, | [PROPOSED] ORDER AMENDING JUDGMENT AND COMMITMENT ORDER FOR DEFENDANT DAVID KAUP |
| v. | |
| DAVID KAUP, | |
| Defendant. | |

Based on the stipulation to modify or amend judgment and commitment for defendant David Kaup ("defendant") that was submitted by the parties, and good cause appearing:

IT IS HEREBY ORDERED that the sixth paragraph of the Judgment and Commitment Order, which was filed on February 17, 2015, and which states:

> Defendant shall pay restitution in the total amount $10,761,737 to victims as set forth in a separate victim list prepared by the probation office which this Court adopts and which reflects the Court's determination of the amount of restitution due to each victim. The victim list, which shall be forwarded to the fiscal section of the clerk's office, shall remain confidential to protect the privacy interests of the victims.

1

shall be amended to reflect the entities that defendant used to carry out the schemes to defraud that were the subject of the charges to which he was sentenced, as well as for which he is ordered to pay restitution, namely: (1) American Loans and Funding, Inc., (2) First Mortgage West Corporation, and (3) Lunden Investments, Inc.  As amended, this paragraph will read (changes to the original paragraph are underlined in the amended paragraph below):

> Defendant shall pay restitution in the total amount $10,761,737 to <u>the</u> victims <u>of the schemes that he carried out through American Loans and Funding, Inc., First Mortgage West Corporation, and Lunden Investments, Inc.,</u> as set forth in a separate victim list prepared by the probation office which this Court adopts and which reflects the Court's determination of the amount of restitution due to each victim.  The victim list, which shall be forwarded to the fiscal section of the clerk's office, shall remain confidential to protect the privacy interests of the victims.

IT IS SO ORDERED.

Dated:   February 20, 2015

_____
HONORABLE MARGARET M. MORROW
United States District Court Judge

Presented by:

 /S/
_____
JAMES A. BOWMAN