USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

#782

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: CR. NO. 12-00195-MMM #1 JDIS |
| DEFENDANT: David Kaup and Carlo Montani | TYPE OF PROCESS: Execute Final Order of Forfeiture |

FILED OCT 14 2016 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA JENNIFER M. RESNIK
U. S. COURTHOUSE
312 N. SPRING STREET, 14TH FLOOR
LOS ANGELES, CA 90012

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Pursuant to the attached Final Order of Forfeiture, the defendant funds are forfeited to the United States of America. Please dispose of the defendant funds in the manner required by law.
CATS ID #.: 12-FBI-000655; 12-FBI-000658; 12-FBI-001011; 12-FBI-001012

Signature of Attorney other Originator requesting service on behalf of: ✓ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (213) 894-6595
DATE: 9/17/13

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 12
District to Serve No. 12
Signature of Authorized USMS Deputy or Clerk
Date: 9/24/2013

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date: 9/19/16
Time: 9:33 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | | | $65.00 | | $65.00 |

REMARKS: PAID $398,578.86 RESTITUTION ON 9/13/13, 12-FBI-001012.
PAID $204,862.70 RESTITUTION ON 9/13/13, 12-FBI-000658.
PAID $52,331.54 RESTITUTION ON 9/13/13, 12-FBI-001011.
PAID $45,261.56 RESTITUTION ON 9/13/13, 12-FBI-000655.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00